MN, ND-305
(5/94)

*5-18-11*
*#193208*
*RE*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Paul and Melinda Plantz

Chapter 7 Case No. 07-43401

Please Check One:

**X_____ Unclaimed Dividends**

☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Bankers Leasing Corp<br>6 Pine Tree Dr &#035250<br>Saint Paul MN 55112 | 2 | $3048.71 | $254.41 |

Check was not negotiated.

Date: May 17, 2011

/e/Timothy D. Moratzka
TIMOTHY D. MORATZKA, TRUSTEE

*RECEIVED 11 MAY 18 AM 9:29 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*